### HAWKS *v.* THE STATE.

BECK, J. The verdict was authorized by the evidence; and, there being no error of law complained of, the trial judge did not err in refusing to. grant a new trial.      *Judgment affirmed. All the Justices concur.*

Argued November 21,—Decided December 21, 1905

Indictment for seduction—conviction of fornication. Before Judge Holden. Madison superior court. October 21, 1905.

*J. F. L. Bond* and *J. E: Gordon,* for plaintiff in error.

*D. W. Meadow, solicitor-general,* contra.